AO 91 (Rev 8/01) Criminal Complaint

United States Courts
Southern District of Texas
FILED

December 24, 2018

David J. Bradley, Clerk of Court

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Alfonso Hernandez-Carillo

## CRIMINAL COMPLAINT

Case Number: M-18-2642-M

IAE  YOB: 1998
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 20, 2018** in **Hidalgo** County, in the **Southern** District of **Texas**
(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Abram, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Alfonso Hernandez-Carrillo was encountered by Border Patrol Agents near Abram, Texas on December 20, 2018. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on December 20, 2018, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on November 11, 2018 through Brownsville, Texas. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

I declare under penalty of perjury that the statements in this complaint are true and correct. Executed on December 24, 2018.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

*Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:*

Sworn to before me and subscribed in my presence,

**December 24, 2018**

**J Scott Hacker** , **U.S. Magistrate Judge**
Name and Title of Judicial Officer

/S/ Nicolas L. Burgos
Signature of Complainant

Nicolas L. Burgos    Senior Patrol Agent

Signature of Judicial Officer